# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) |  |
| v. |  |
| DEFENDANT(S). | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

Date Filed          Doc. No.          Title of Doc.

**IT IS HEREBY ORDERED:**

- ☐ The document is accepted as filed
- ☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
- ☐ The hearing date has been rescheduled to _____ at _____
- ☐ Other

Clerk, U.S. District Court

*Beatrice Herrera*
*Clerk to Judge King*

Dated: _____          By: _____

Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge